# Court of Appeals
# of the State of Georgia

ATLANTA,  December 05, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0668. CRYSTAL FOFANA v. SOULEYMANE FOFANA**

We granted a discretionary application filed by Crystal Fofana ("Fofana"). Fofana then filed this appeal from a family violence protective order issued in favor of Fofana's estranged husband, Souleymane Fofana. The order also served to determine custody issues. Fofana has filed a consent motion to remand the direct appeal. She contends that the parties have entered a settlement agreement in connection with divorce proceedings that renders issues in the instant appeal moot. She asks that the case be remanded so that the trial court can vacate its order.

The consent motion for remand is hereby GRANTED, and the case is REMANDED to the trial court. Should either party be aggrieved by entry of any subsequent order, that party may file an application for discretionary appeal from the ruling.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/05/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*